IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| **RAYMOND MILBY,** | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | NO. 3:17-cv-01212 |
| | ) | |
| **CORECIVIC of TENNESSEE, LLC, and** | ) | **JUDGE CAMPBELL** |
| **JOHN DOES 1, 2, and 3** | ) | **MAGISTRATE JUDGE HOLMES** |
| | ) | |
| Defendants. | ) | |

## ORDER

Pending before the Court is the Magistrate Judge's Report and Recommendation (Doc. No. 37), which was filed on October 1, 2018. Through the Report and Recommendation, the Magistrate Judge recommends Defendant CoreCivic of Tennessee, LLC's Motion to Dismiss (Doc. No. 37) be granted and that this action be dismissed with prejudice for failure to prosecute. Although the Report advised the parties that any objections must be filed within 14 days of service, no objections have been filed.

The docket reflects that the Report and Recommendation was served on Plaintiff at his last known address of record, but was returned as undeliverable. (Doc. Nos. 38, 39). It is Plaintiff's duty to keep the Court apprised of an address where he can be served, and to make contact with the Court in pursuit of this action. *See, e.g., White v. City of Grand Rapids,* 34 F. App'x 210 (6th Cir. 2002). Plaintiff has failed to do so.

The Court has reviewed the Report and Recommendation, and concludes it should be adopted and approved. Accordingly, Defendant's Motion to Dismiss (Doc. No. 37) is **GRANTED**, and this case is **DISMISSED,** with prejudice.

This Order shall constitute the final judgment in this case pursuant to Fed. R. Civ. P. 58.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE